UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br>  vs.<br><br>STEVEN KNIGHTS,<br><br>        Defendant. | Case No. 3:06-cr-00088-RRB-JDR<br><br>**ORDER REGARDING AMENDED<br>MOTION TO CORRECT<br>SENTENCE**<br><br>Docket 125 |

The Defendant filed an Amended Motion to correct his sentence at Docket 125. The Government filed it's Opposition at Docket 126. The Amended Motion refers to an ineffective assistance of counsel claim raised in Mr. Knights' initial petition at Docket 113. After conferring with Mr. Knights, Mr. Dattan shall report to the court no later than June 30, 2011, whether Mr. Knights intends to go forward with an ineffective claim or abandon it. Should Knights desire to press this

claim he must file an affidavit or proffer of factual support no later than July 12, 2011 in order to warrant an evidentiary hearing on this claim. The Defendant's remaining claims do not merit an evidentiary hearing.

        IT IS SO ORDERED.

        DATED this __14th__ day of June, 2011, at Anchorage, Alaska.

        /s/ John D. Roberts
        JOHN D. ROBERTS
        United States Magistrate Judge