# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　　　　Plaintiff,<br>vs.<br><br>STEVEN KNIGHTS,<br><br>　　　　Defendant. | 3:06-cr-088-RRB-JDR<br><br>**ORDER FOR ISSUANCE<br>OF WRIT OF HABEAS CORPUS<br>AD TESTIFICANDUM** |

IT IS ORDERED that the Clerk of this court is instructed to issue a Writ of Habeas Corpus Ad Testificandum to the FCI Terminal Island, San Pedro, California, to bring STEVEN KNIGHTS, Inmate #506469, to testify in an Evidentiary Hearing in a § 2255 proceeding now pending before this Court, to wit: <u>United States of America v. Knights, Case No. 3:06-cr-00088-RRB-JDR,</u> scheduled to be heard beginning Wednesday, September 7, 2011 at 9:30 a.m., said person to be returned to the correctional center as soon as the case is disposed of.

DATED this 26th day of July, 2011, at Anchorage, Alaska.

/s/ John D. Roberts, USMJ
Signature Redacted

JOHN D. ROBERTS
United States Magistrate Judge