3:06-cr-00088-RRB



RECEIVED
AUG 05 2021
CLERK, U.S. DISTRICT COURT
ANCHORAGE, AK

To The Honorable Judge Beistline

Sir, I once again am at a point that I don't know what to do and hope you can help me.

Over 10 years ago I was claiming that my plea-deal was amis and was told that if something was wrong it needed to be addressed on the state side.

The court was right. After years of "game play" and dragging things out, On May 6, 2021 I got a ruling from the state court. The ruleing was in my favor and is included with this letter.

My problem is that It has been almost 90 days and nothing has been done on my Federal Time accounting. My out date should move to approx Oct 7, 2021. This means I cannot get 6 months Home confinement. Right now I am in Quarintine Status due to COVID.

I dont know what to do or how to proceed.

I hope you can help me, so I can help my family and those who need me.

Thank You for whatever assistanse I can get.

Steven Knights
15362-006 FCI TI
P.O. Box 3007
San Pedro, CA 90733-3007



Steven Knights Bsoxxxx
Federal Correctional Institute
Terminal Island
P.O. Box 3007
San Pedro, CA 90733

15362-006
Ralph Beistline
222 W 7TH AVE
U.S. District Court
Anchorage, AK 99513-7564
United States

LOS ANGELES CA 900
2 AUG 2021 PM 8 L

FOREVER USA